**Order filed November 7, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00624-CR
_____

### ROBERTO CANALES MANCIAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1323660**

## ORDER

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the pre-sentence investigation report.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 19, 2012**, containing the pre-sentence investigation report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM